## WEST COVE MARINA CORPORATION *v.* WATERSLIP MANAGEMENT COMPANY, INC., ET AL.
### (12784)

O'CONNELL, FOTI and FREEDMAN, Js.

Argued May 3—decision released May 24, 1994

*Steven G. Mednick,* for the appellant (named defendant).

*Jeffrey J. Vita,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.

## STANLEY KULENSKI *v.* ATLAS MOVING AND STORAGE COMPANY, INC., ET AL.
### (12966)

LANDAU, HEIMAN and SCHALLER, Js.

Argued May 4—decision released May 24, 1994

*Ronald F. Bozelko,* for the appellant (plaintiff).

*Hanon W. Russell,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.